tion for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

**BAYOCK Haynes, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 132 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 17, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DE-NIED.**

**AMERICAN AND FOREIGN INSUR-ANCE COMPANY, Royal Insurance Co. of America, Safeguard Insurance Company and Royal Indemnity Company, Petitioners**

v.

**JERRY'S SPORT CENTER, INC., Jerry's Sport Center Northeast, Inc., Bonitz Brothers, Inc., Outdoor Sports Headquarters, Inc., Simmons Gun Specialties, Inc., National Assoc. for the Advancement of Colored People, National Spinal Cord Injury Assoc., American International Insurance Company, Doe Corporations 1–15, Respondents.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether an insurer is entitled to reimbursement of defense costs when a court has determined that the insurer had no duty to defend the insured and the insurer had reserved its right to reimbursement in a "reservation of rights" letter?